AUSA: Lena Gonzalez Telephone: (313) 226-0215

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Kenton Weston Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Fredrick Ramone CAMPBELL II

Case No.

Case: 2:26−mj−30672
Assigned To : Unassigned
Assign. Date : 10/22/2026
Description: CMP USA V. SEALED (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 18, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 922 (g)(1) | Felon in posession of a firearm |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

Complainant's signature

Special Agent Kenton Weston
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: October 22, 2026

Judge's signature

City and state: Detroit, MI

Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Kenton Weston, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I have been employed as a Special Agent with the ATF and assigned to the Detroit Field Division for over 8 years. I have a bachelor's degree in accountancy from Western Michigan University. I have graduated from the Federal Law Enforcement Training Center Criminal Investigator Training Program, the ATF Special Agent Basic Training Program, and the ATF Privately Made Firearm (PMF) and Machinegun Conversion Device (MCD) Train the Trainer Course. Additionally, I have provided sworn expert testimony in Federal Court regarding the identification of PMFs and the mechanics of MCDs.

2. I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF-led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan. During my employment with the ATF, I have been involved as a case agent or co-case agent in over a hundred investigations. Those investigations include but are not limited to: violence involving a firearm, firearm and drug trafficking violations, and criminal

street gangs. These investigations have resulted in the seizure of illicit controlled substances, hundreds of firearms, dozens of MCDs, and over two hundred and thirty arrests.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. ATF is currently conducting a criminal investigation concerning Fredrick Ramone CAMPBELL II (DOB: XX/XX/2002), for violations of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II. PROBABLE CAUSE

### Prohibited Status

5. According to court and law enforcement records, CAMPBELL, a resident of the Eastern District of Michigan, was convicted of a felony offense in the District of Vermont on December 26, 2023, for possessing with intent to distribute

cocaine base and methamphetamine, in violation of 21 U.S.C. § 841(a), 841(b)(1)(C) CAMPBELL was sentenced to a term of four years' probation.

6. CAMPBELL's probation was transferred to the supervision of United States District Court Judge Judith E. Levy. His probation was revoked on September 11, 2026, when he was found to have violated the terms of his probation for a variety of offenses, including domestic assault of his girlfriend TW, and was sentenced to three months' imprisonment, followed by one year of supervised release.

7. Based on my training and experience, defendants are warned of the maximum penalty and that they are pleading guilty to a felony offense when they enter a plea of guilty to a felony. They are also typically advised that conviction may result in the loss of their right to possess a firearm. Based on the time CAMPBELL has spent under supervision as a result of his felony conviction and the severity of his conviction, there is probable cause to believe that CAMPBELL is aware of his status as a convicted felon. The conditions of CAMBPELL's supervised release also prohibit him from possessing a firearm and from residing with TW.

**CAMPBELL'S Firearm Possession**

8. CAMPBELL began his term of supervised release on October 8, 2026, and Senior United States Probation Officer Mark Burchell was assigned to supervise him. Officer Burchell had not met CAMPBELL before he arranged to visit him on October 18, 2026.

9. CAMPBELL had provided his grandmother's house in the City of Detroit as his designated residence while on supervised release. However, on October 18, 2026, CAMPBELL told Officer Burchell that he would not be at home during their scheduled visit because he was at church and then to lunch with his grandmother. Officer Burchell instructed CAMPBELL to immediately send his location via iPhone Mapping. CAMPBELL shared his location with Officer Burchell, which placed him at an address in Southfield, Michigan. Officer Burchell recognized this location was close in proximity to the apartment in Southfield (the Southfield apartment) at which CAMPBELL was previously residing with TW while on supervision.

10. CAMPBELL had at least three contacts with Southfield Police at the Southfield apartment. On May 1, 2026, Southfield Police Officers were sent to the Southfield apartment after dispatch heard several people screaming about a gun and a male yelling "Move before I shoot you," "you did this," and "I don't give a fuck about going to jail." At the Southfield apartment, officers found CAMPBELL—yelling and hyperventilating—along with TW, TW's mother, and others. TW's mother told police that she observed CAMPBELL with a firearm and when she tried to take the firearm from him, he pushed her and placed his hands on her throat. Other witnesses at the scene also stated CAMPBELL had possession of the firearm during a verbal altercation prior to police arrival. Officers located an unsecured Ruger

RXM 9mm pistol, Serial No. 09415622, in the apartment. The firearm was registered to TW, and the firearm was returned to TW on May 5, 2026. Additionally, the Southfield apartment was the same location as both instances of domestic assault involving CAMPBELL's girlfriend TW—in May and July 2026—for which he was imprisoned earlier this year.

11. On October 18, 2026, Officer Burchell knocked on the door of the Southfield apartment. CAMPBELL answered the door but, when asked for his identity by Officer Burchell, he denied being or knowing Fredrick CAMPBELL. Though they had not met, Officer Burchell believed that the man in the apartment matched CAMBPELL's photograph, and after pressing CAMPBELL on his identity, CAMPBELL raised his arms and said "okay you got me, dammit man."

12. CAMPBELL then turned and walked in a very fast pace to the rear of the apartment to a walk-in closet in the master bedroom where he quickly attempted to close a safe. Next to the safe, which was on a shelf in the closet and within CAMBPELL's reach, Officer Burchell saw a fully loaded Ruger RXM 9mm pistol, Serial No. 09415622, with a chambered live round and an inserted magazine containing twelve live rounds of assorted 9mm hollow-point ammunition (See Image 01) .

**Image 01**



13. TW was present and claimed that the firearm belonged to her. TW possesses a valid concealed pistol license. Despite the conditions of CAMBPELL's supervised release, Officer Burchell observed TW's clothing and personal possessions throughout the apartment, indicating that TW lived there. There were children's belongings in another bedroom, which CAMBELL stated belonged to his child. CAMPBELL also stated that the apartment was his, despite registering his residence elsewhere with the Probation Department. Furthermore, the firearm was unholstered sitting on top of CAMPBELL's mail from the United States District Court for the Eastern District of Michigan, Ann Arbor, and on the same shelf as CAMPBELL's clothing and prescription pills, in the closet of a bedroom where

CAMBPELL appeared to be residing. The firearm and ammunition was recovered and subsequently provided to the ATF.

**Interstate Nexus**

14. On October 21, 2026, ATF Interstate Nexus Expert, Special Agent Kara Klupacs, physically reviewed the recovered Ruger RXM 9mm pistol, Serial No. 09415622. SA Klupacs concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

## III. CONCLUSION

15. Probable cause exists to believe that Fredrick CAMPBELL II, a convicted felon aware of his felony convictions, did knowingly and intentionally possess a firearm on October 18, 2026, said firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1), in the Eastern District of Michigan.

Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

Honorable Kimberly Altman
United States Magistrate Judge

Dated: October 22, 2026